**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Citadel Securities Americas Services LLC

                              Plaintiff,

v.                                          Case No.: 1:22−cv−05185
                                                           Honorable John F. Kness

Vincent Prieur

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Saturday, September 24, 2022:

      MINUTE entry before Judge John F. Kness: Plaintiff has filed a motion [10] for entry of a temporary restraining order (TRO) in this action that was removed yesterday from the Circuit Court of Cook County. Plaintiff filed the TRO motion on an emergency basis after normal business hours yesterday (9/23/2022) but nonetheless seeks a hearing on Monday 9/26/2022. An order setting a hearing on the TRO motion will be entered on Monday 9/26/2022, once the Court has had the opportunity to assess its calendar availability with Court staff. The TRO hearing will not be held on Monday 9/26/2022, but likely on Tuesday 9/27/2022 or Wednesday 9/28/2022. Any written response to the TRO motion must be filed on or before 6 p.m. on Monday 9/26/2022. Mailed notice (jk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.