# EXHIBIT A

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

CITADEL SECURITIES AMERICAS SERVICES LLC,

      Plaintiff,

  v.

VINCENT PRIEUR,

      Defendant.

Case No.: 1:22-cv-05185

Honorable John F. Kness

## VERIFICATION

I, Vincent Prieur, declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Vincent Prieur

Executed on: 09 / 26 / 2022

34373890.3