# EXHIBIT B

## Tarnow, William J.

| | |
|---|---|
| **From:** | Tarnow, William J. |
| **Sent:** | Wednesday, September 21, 2022 2:54 PM |
| **To:** | Adam Hoeflich |
| **Subject:** | Complaint Paragraph 19 -- Document Production |

Adam:

This email follows our call a bit ago.  Namely, I have requested that you tender a copy of the "*May, 2021 [] presentation*" document, as addressed at length in Paragraph 19 of Citadel's Verified Complaint.  I also offered to receive the document on a strict attorneys-eyes-only ("AEO") basis, with written confirmation/commitment to that AEO designation from me personally.  You responded that you expected Citadel will be disinclined to provide the document to me under even an AEO designation, but that you would speak with your client and let me know.  Please do advise as soon as possible.

Regards,

Bill


**William J. Tarnow**
Partner
Neal, Gerber & Eisenberg LLP
**p:** 312.269.8489 | **f:** 312.429.3573 | **e:** wtarnow@nge.com



Confidentiality Notice: This communication is confidential and may contain privileged information. If you have received it in error, please notify the sender by reply e-mail and immediately delete it and any attachments without copying or further transmitting the same.