# **EXHIBIT D**



International Centre
Thomas Ventrone, Esq.
ICDR Vice President
120 Broadway, 21st Floor
New York, NY 10271
Telephone: (212)484-4181
Fax: (212)246-7274

September 21, 2022

**Via Email**

John M. Dickman, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, PC
155 North Wacker Drive
Suite 4300
Chicago, IL 60606-1891
Via Email to: john.dickman@ogletree.com

Vincent Prieur
91 Avenue Emile Zola
75015
Paris
France
Via Email to: v.n.prieur@gmail.com

Case Number: 01-22-0003-9257

Citadel Securities Americas LLC
-and-
Vincent Prieur

Dear Party Representatives,

The International Centre for Dispute Resolution (ICDR), a division of the American Arbitration Association (AAA), acknowledges receipt of a Request for Mediation on September 21, 2022 for a dispute arising out of a contract between the above-captioned parties. A copy should have been sent to Respondent.

Please be advised that the above-captioned parties are receiving this communication in accordance with the representative information provided to us by Claimant. If you are receiving this communication and do not represent any of the parties in this matter, please contact the ICDR immediately.

I will be your primary contact at the ICDR and can be reached by phone at (212) 484-3299, fax at 212-246-7274, or e-mail at ElizabethRobertson@adr.org. Please direct all future communications to my attention with a copy to the other parties.

This matter is presently being administered under the current Commercial Mediation Procedures, unless the parties agree otherwise. Please find a copy of the Rules on our website at www.icdr.org.

The cost of mediation is based on the hourly or daily mediation rate published on a mediator's ICDR/AAA profile. In addition, the parties will be assessed an administrative fee for the ICDR/AAA's services of $75 for each hour charged by the mediator.

An Administrative Conference Call is scheduled for **Tuesday, September 27, 2022 beginning at 10:00 AM Eastern Time**. The parties are requested to connect to this call using the link or dial-in details below:

**To join the conference, click**: https://meet.loopup.com/4fSlOqZ
    LoopUp calls your phone - no need to dial in


    Or, if you are offline, dial in:
    USA: +1 (855) 633-2040
    France: 0805 102 152
    France (Local): +33 1 70 95 91 30
    USA (Toll): +1 (312) 212-3078
Guest Dial-in Code: 2469017#

Should you have to connect by phone from a country that is not listed above, please immediately contact the ICDR. If the parties are unable to participate on the scheduled date of the call, we kindly request that the parties mutually agree on an alternate date and advise the ICDR so that the call may be rescheduled accordingly.

We encourage the parties to come prepared to discuss any mediator suggestions that they might have and the qualifications and experience they want considered for the mediator in this case.

We also have enclosed a Checklist for Conflicts form. Please list all the witnesses you expect to present, as well as any persons or entities with an interest in these proceedings. This checklist will assist the mediator to disclose any and all potential conflicts. The checklist is confidential and should only be sent to the ICDR. The checklist is due within 14 days from the date of this letter.

Please note that this matter will be conducted in accordance with the AAA/ICDR Standards of Conduct for Parties and Representatives, which are available on our website at www.icdr.org.

Please review the *AAA-ICDR® Best Practices Guide for Maintaining Cybersecurity and Privacy* and *AAA-ICDR Cybersecurity Checklist* that are attached to this correspondence.

We look forward to providing you with assistance during the mediation process.

Sincerely,

/s/

Elizabeth Robertson
Director
Direct Dial: (212)484-3299
Email: ElizabethRobertson@adr.org
Fax: (877)304-8457


Encl.