# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Citadel Securities Americas Services LLC

                        Plaintiff,

v.                                                   Case No.: 1:22−cv−05185

                                                        Honorable John F. Kness

Vincent Prieur

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 26, 2022:

      MINUTE entry before the Honorable John F. Kness: Defendant has filed a response to Plaintiff's motion seeking a temporary restraining order. Neither party may file any further written submissions either in support of or opposition to the motion for a TRO. Counsel should be prepared to offer substantive argument at the hearing set for 9/28/2022. Mailed notice (jk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.