UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Citadel Securities Americas Services LLC

                     Plaintiff,

v.                                                     Case No.: 1:22−cv−05185
                                                     Honorable John F. Kness

Vincent Prieur

                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 28, 2022:

      MINUTE entry before the Honorable John F. Kness: In−person motion hearing held on 9/28/2022. Oral argument heard and additional evidence taken in open court. For the reasons stated on the record, the Court grants Plaintiff's motion for temporary restraining order [10]. Counsel for both sides must confer on the language of a proposed TRO, as well whether a bond is required and, if so, the amount of that bond. A continued hearing is set for 9/30/2022 at 09:30 AM. In advance of the 9/30 hearing, counsel for Plaintiff must submit a MS Word version of the proposed Temporary Restraining Order to the Court's proposed order mailbox, Proposed_Order_Kness@ilnd.uscourts.gov. The parties are to use the following call−in number: 888−684−8852, conference code 3796759. The public and media representatives may have access to the hearing via the same number. Audio recording of the hearing is not permitted; violations of this prohibition may result in sanctions. Participants are directed to keep their device muted when they are not speaking. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.