IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CITADEL SECURITIES AMERICAS SERVICES LLC,<br><br>                   Plaintiff,<br><br>vs.<br><br>VINCENT PRIEUR,<br><br>                   Defendant. | No. 22-cv-05185<br><br>Judge John F. Kness |

**TEMPORARY RESTRAINING ORDER**

On September 28, 2022, the Court conducted a hearing on Plaintiff Citadel Securities Americas Services LLC's ("Citadel Securities") emergency motion for a temporary restraining order (dkt. 10). This case was removed to this Court from the Circuit Court of Cook County, Illinois, on September 23, 2022, by Defendant Vincent Prieur (dkt. 1). Defendant was provided notice of the hearing on Plaintiff's emergency motion for a temporary restraining order, and given an opportunity to file a written response in opposition to Plaintiff's motion (dkt. 11, 13). Following argument of counsel for both Plaintiff and Defendant at the September 28 hearing, the Court granted Plaintiff's motion for a temporary restraining order for the reasons set forth by the Court on the record during the hearing (Dkt. 16).

As set forth more fully on the record at the hearing, the Court found, among other things, that, for purposes of this temporary restraining order hearing, (a) Plaintiff has shown some likelihood of success on the merits, (b) Plaintiff has adequately established that the potential harm asserted by Plaintiff goes beyond what could be compensated through money damages and that

there is significant risk of irreparable harm, (c) the balance of harms favors Plaintiff, and (d) the public interest does not favor Plaintiff or Defendant.

For these reasons, and as more fully articulated on the record at the hearing, the Court hereby enters a Temporary Restraining Order as follows:

1. For the period of time this Temporary Restraining Order is in effect, Defendant Vincent Prieur hereby is enjoined from becoming an employee, advisor, consultant, partner, principal, director, manager, or executive of Portofino Technologies, in a capacity (including without limitation as an employee of, or consultant to, any vendor providing services or products to Portofino Technologies), where there is a reasonable possibility that he may, intentionally or inadvertently, directly or indirectly, use or rely upon confidential information, or in a capacity that is similar to the capacity he was in, where he provides services that are similar to the services he provided, or with responsibilities that are similar to the responsibilities he had, in each case, during the final 24 months he was employed by Citadel Securities.

2. Plaintiff shall post bond in the amount of US $375,000, within three (3) business days of the date of this Order.

3. Absent further Order of Court (or Arbitrator), Plaintiff shall continue to pay Defendant all Restricted Period Payments as defined in the Non-Compete Agreement dated September 26, 2019.

4. This Order is effective as of 5:00 PM US Central Daylight Time, September 28, 2022, and is in effect until 5:00 PM US Central Daylight Time on October 12, 2022, and can be extended until 5:00 PM US Central Daylight Time on October 26, 2022.

5.  By agreement of the parties, Exhibit C to Defendant's Verified Opposition to Plaintiff's Emergency Motion for Temporary Restraining Order (Dkt. 14-3) shall be sealed by the Clerk of Court.

SO ORDERED in 22-cv-05185.

Date: September 30, 2022

_____
JOHN F. KNESS
United States District Judge