IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Citadel Securities Americas Services LLC,<br><br>                            Plaintiff,<br><br>vs.<br><br>Vincent Prieur,<br><br>                            Defendant. | Civil Action No. 1:22-cv-05185 |

## TEMPORARY RESTRAINING ORDER BOND

Pursuant to the Court's Temporary Restraining Order entered on September 30, 2022 (dkt. 19) and Local Rule 65.1(b), Plaintiff Citadel Securities has obtained a bond secured by Hartford Fire Insurance Company in the amount of US $375,000.00, which is attached hereto as Exhibit 1.


Date: October 4, 2022

Respectfully submitted,

By: */s/ Adam L. Hoeflich*
    Adam L. Hoeflich
    **BARTLIT BECK LLP**
    54 W. Hubbard Street
    Chicago, IL 60654
    (312) 494-4400

    Christopher Y. Lee
    **SIDLEY AUSTIN LLP**
    One South Dearborn
    Chicago, IL 60603
    (312) 853-7000

    *Attorneys for Plaintiff Citadel Securities Americas Services LLC*