# EXHIBIT 1

United States District Court for the Northern District of Illinois Eastern Division

Bond No. _____ 20BSBIX4182 _____

Citadel Securities Americas Services LLC

Plaintiff

Vs.

Vincent Prieur

Defendants

TEMPORARY RESTRAINING ORDER

CASE NO: 22-cv-05185

WHERAS, by Order of the above entitled Court, Plaintiff Citadel Securities Americas Services, LLC

Was required to file and undertaking in the sum of Three Hundred Seventy-five Thousand & 00/100 Dollars $375,000.00 as a condition for a Temporary Restraining Order to be in effect restraining and enjoining the above named Defendant Vincent Prieur from the commission of certain acts as more fully set forth in said order

NOW, THEREFORE, Hartford Fire Insurance Company, a corporation organized and existing under the laws of the State of Connecticut and authorized to transact the business of Surety, as Surety, in consideration of the premises and issuance of said Temporary Restraining Order does hereby undertake to pay all costs and disbursements that may be decreed to the Defendant and such damages not exceeding the amount of

Three Hundred Seventy-five Thousand & 00/100 Dollars $375,000.00 as the Defendant may sustain by reason of said Temporary Restraining Order if the same be wrongfully obtained without sufficient cause.

IN WITNESS WEHREOF, we have set our hand and seal the 4th day of October, 2022

Hartford Fire Insurance Company

By: *Rachel A Chaveriat*

Rachel A. Chaveriat, Attorney-in-Fact

State of _____Tennessee_____ } ss:
County of _____Knox_____

On _____October 4, 2022_____, before me, a Notary Public in and for said County and State, residing therein, duly commissioned and sworn, personally appeared

_____Rachel A. Chaveriat_____

known to me to be Attorney-in-Fact of _____Hartford Fire Insurance Company_____ the corporation described in and that executed the within and foregoing instrument, and known to me to be the person who executed the said instrument in behalf of the said corporation, and he duly acknowledged to me that such corporation executed the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal, the day and year stated in this certificate above.

My Commission Expires _____11/12/2023_____     *Carolyn E. Wheeler*
                                               Carolyn E. Wheeler     Notary Public



# POWER OF ATTORNEY

**Direct Inquiries/Claims to:**

**THE HARTFORD**
**BOND, T-12**
**One Hartford Plaza**
**Hartford, Connecticut 06155**
bond.claims@thehartford.com
*call:* **888-266-3488** *or fax:* **860-757-5835**

**KNOW ALL PERSONS BY THESE PRESENTS THAT:**

**Agency Code: Marsh**

| [X] | **Hartford Fire Insurance Company,** a corporation duly organized under the laws of the State of Connecticut |
| [X] | **Hartford Casualty Insurance Company,** a corporation duly organized under the laws of the State of Indiana |
| [ ] | **Hartford Accident and Indemnity Company,** a corporation duly organized under the laws of the State of Connecticut |
| [ ] | **Hartford Underwriters Insurance Company,** a corporation duly organized under the laws of the State of Connecticut |
| [ ] | **Twin City Fire Insurance Company,** a corporation duly organized under the laws of the State of Indiana |
| [ ] | **Hartford Insurance Company of Illinois,** a corporation duly organized under the laws of the State of Illinois |
| [ ] | **Hartford Insurance Company of the Midwest,** a corporation duly organized under the laws of the State of Indiana |
| [ ] | **Hartford Insurance Company of the Southeast,** a corporation duly organized under the laws of the State of Florida |

having their home office in Hartford, Connecticut, (hereinafter collectively referred to as the "Companies") do hereby make, constitute and appoint, **up to the amount of unlimited:**

Rachel A. Chaveriat
*of*
Knoxville, TN

their true and lawful Attorney(s)-in-Fact, each in their separate capacity if more than one is named above, to sign its name as surety(ies) only as delineated above by ☒, and to execute, seal and acknowledge any and all bonds, undertakings, contracts and other written instruments in the nature thereof, on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

**In Witness Whereof**, and as authorized by a Resolution of the Board of Directors of the Companies on August 1, 2009 the Companies have caused these presents to be signed by its Senior Vice President and its corporate seals to be hereto affixed, duly attested by its Assistant Secretary. Further, pursuant to Resolution of the Board of Directors of the Companies, the Companies hereby unambiguously affirm that they are and will be bound by any mechanically applied signatures applied to this Power of Attorney.



John Gray, Assistant Secretary

M. Ross Fisher, Senior Vice President

**STATE OF CONNECTICUT** } ss. Hartford
**COUNTY OF HARTFORD**

On this 6th day of May, 2015, before me personally came M. Ross Fisher, to me known, who being by me duly sworn, did depose and say: that he resides in the County of Hartford, State of Connecticut; that he is the Senior Vice President of the Companies, the corporations described in and which executed the above instrument; that he knows the seals of the said corporations; that the seals affixed to the said instrument are such corporate seals; that they were so affixed by authority of the Boards of Directors of said corporations and that he signed his name thereto by like authority.

Nora M. Stranko
Notary Public
My Commission Expires March 31, 2023

**CERTIFICATE**

I, the undersigned, Assistant Vice President of the Companies, DO HEREBY CERTIFY that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which is still in full force effective as of October 4, 2022
Signed and sealed at the City of Hartford.



Kevin Heckman, Assistant Vice President

# HARTFORD FIRE INSURANCE COMPANY

## Hartford, Connecticut

*Financial Statement, December 31, 2021*

Statutory Basis

| ASSETS | | | LIABILITIES | | |
|---|---:|---|---|---:|---|
| U.S. Government Bonds | $ | 1,089,309,403 | Reserve for Claims and Claim Expense | $ | 10,151,924,943 |
| Bonds of Other Governments | | 176,571,749 | Reserve for Unearned Premiums | | 2,200,283,164 |
| State, County and Municipal Bonds | | 1,218,163,949 | Reserve for Taxes, License and Fees | | 45,080,248 |
| Miscellaneous Bonds | | 5,948,359,415 | Miscellaneous Liabilities | | 1,625,602,623 |
| Stocks | | 6,205,376,908 | **Total Liabilities** | **$** | **14,022,890,978** |
| Short Term Investments | | 41,674,986 | | | |
| | $ | 14,679,456,410 | | | |
| Real Estate | $ | 315,811,915 | Capital Paid In  $ 55,320,000 | | |
| Cash | | 68,217,813 | Surplus  11,688,032,539 | | |
| Agents' Balances (Under 90 Day) | | 3,011,823,597 | | | |
| Other Invested Assets | | 3,952,823,715 | **Surplus as regards Policyholders** | **$** | **11,743,352,539** |
| Miscellaneous | | 3,738,110,067 | Total Liabilities, Capital and Surplus | $ | 25,766,243,517 |
| **Total Admitted Assets** | **$** | **25,766,243,517** | | | |

STATE OF FLORIDA  
SEMINOLE COUNTY  } SS.  
CITY OF LAKE MARY

Joelle L. LaPierre, Assistant Vice President and Shelby Wiggins, Assistant Secretary of the Hartford Fire Insurance Company, being duly sworn, each deposes and say that the foregoing is a true and correct statement of the said company's financial condition as of December 31, 2021.

Subscribed and sworn to before me this 25th day of March, 2022.

*Jessica Ciccone*  
Notary Public

Notary Public State of Florida  
Jessica Ciccone  
My Commission HH 122280  
Expires 06/20/2025

*Joelle L. LaPierre*  
Assistant Vice President

*Shelby Wiggins*  
Assistant Secretary