**EXHIBIT A**

| | |
|---|---|
| **From:** | Tarnow, William J. |
| **Sent:** | Friday, September 30, 2022 6:11 PM |
| **To:** | chris.lee@sidley.com |
| **Subject:** | FW: Activity in Case 1:22-cv-05185 Citadel Securities Americas Services LLC v. Prieur temporary restraining order |
| **Importance:** | High |

Christopher:

Plaintiff's counsel had never previously proposed to me any draft of the TRO containing the language *"..., and can be extended until 5:00 PM US Central Daylight Time on October 26, 2022."* This language was never addressed to or by the Court in our 9:30 hearing today. Yet you then evidently emailed the Court – under the cover note that it was *"as discussed in this morning's hearing"* – a new draft of the Order which contained such *"extended until"* language for the very first time. Notably, you never presented my office with the draft Order for consideration; rather, you emailed it directly to the Court. Such inclusion of unaddressed verbiage in the TRO is unacceptable. It is deeply disappointing to discover this development, particularly after my communication to Citadel's attorney team last night specifically requesting that gamesmanship be discontinued.

To set the record straight, we **do not consent** to such TRO extension presently. As I trust you are aware and as informed the improper Order revision by your office, Rule 65(b)(2) provides as follows: "<u>The order expires at the time after entry—not to exceed 14 days—that the court sets, unless before that time the court, for good cause, extends it for a like period or the adverse party consents to a longer extension. The reasons for an extension must be entered in the record</u>." Again, we have not consented and do not consent to any such 14 day extension. Nor has the Court considered any such extension, let alone for "good cause" showing as required by Citadel under the Rule. Thus, we need to be crystal clear that your office's unilateral inclusion of the *"can be extended..."* phrase must be interpreted as meaning nothing more than the fact that Rule 65(b)(2) will be applied per its terms in the normal course and without any additional assumptions or rulings, if/when Citadel were to seek any TRO extension.

Please confirm immediately. Otherwise, I will need to draw this matter to the Court's attention.

Regards,

Bill


**William J. Tarnow**
Partner
Neal, Gerber & Eisenberg LLP
**p:** 312.269.8489 | **f:** 312.429.3573 | **e:** wtarnow@nge.com


NEAL GERBER EISENBERG

Confidentiality Notice: This communication is confidential and may contain privileged information. If you have received it in error, please notify the sender by reply e-mail and immediately delete it and any attachments without copying or further transmitting the same.

From: usdc_ecf_ilnd@ilnd.uscourts.gov <usdc_ecf_ilnd@ilnd.uscourts.gov>
Sent: Friday, September 30, 2022 5:06 PM
To: ecfmail_ilnd@ilnd.uscourts.gov
Subject: Activity in Case 1:22-cv-05185 Citadel Securities Americas Services LLC v. Prieur temporary restraining order

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

Northern District of Illinois - CM/ECF NextGen 1.6.3

## Notice of Electronic Filing

The following transaction was entered on 9/30/2022 at 5:06 PM CDT and filed on 9/30/2022
**Case Name:** Citadel Securities Americas Services LLC v. Prieur
**Case Number:** 1:22-cv-05185
**Filer:**
**Document Number:** 19

**Docket Text:**
**TEMPORARY Restraining Order Signed by the Honorable John F. Kness on 9/30/2022.Mailed notice(mjc, )**


**1:22-cv-05185 Notice has been electronically mailed to:**

Adam L. Hoeflich    adam.hoeflich@bartlit-beck.com, tamara-hoogewerf-bbhps-9920@ecf.pacerpro.com, tamara.hoogewerf@bartlit-beck.com

Alissa Jean Griffin    agriffin@nge.com, ecfdocket@nge.com

Chad W. Moeller    cmoeller@nge.com, cdennis@nge.com, ECFDocket@nge.com

Christopher Yeager Lee    chris.lee@sidley.com, chris-lee-9225@ecf.pacerpro.com, efilingnotice@sidley.com

Kathleen Elise Okon    kokon@nge.com, ecfdocket@nge.com

William John Tarnow    wtarnow@ngelaw.com, , cdennis@nge.com, ECFDocket@ngelaw.com

**1:22-cv-05185 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040059490 [Date=9/30/2022] [FileNumber=25238393-0] [15573f3b9609f4287eebd101bf87dbbddbb583b30938bdaccb2c64a4cacd2a1c54fd81ac095c5b91d0682eef85f9a0d75d79ce9905f915866eda115fd7b11c4f]]

3