**EXHIBIT C**

| | |
|---|---|
| **From:** | Tarnow, William J. |
| **Sent:** | Friday, September 30, 2022 6:38 PM |
| **To:** | adam.hoeflich@bartlitbeck.com; chris.lee@sidley.com; john.dickman@ogletree.com |
| **Cc:** | Moeller, Chad W. |
| **Subject:** | Protective Order |

Gentlemen:

Assuming it will be your position that certain information or documents should be exchanged pursuant to a Protective Order, please send me now your proposed Order in conformance with the Court's rules/procedures.

Thank you,

Bill

---

**William J. Tarnow**
Partner
Neal, Gerber & Eisenberg LLP


NEAL
GERBER
EISENBERG

**p:** 312.269.8489 | **f:** 312.429.3573 | **e:** wtarnow@nge.com
Two North LaSalle Street, Suite 1700, Chicago, IL 60602
www.nge.com

Confidentiality Notice: This communication is confidential and may contain privileged information. If you have received it in error, please notify the sender by reply e-mail and immediately delete it and any attachments without copying or further transmitting the same.

1