**EXHIBIT D**

1

```
 1            IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                     EASTERN DIVISION

 3   CITADEL SECURITIES AMERICAS     )
     SERVICES LLC,                   )
 4                                   )
                 Plaintiff,          )   No. 22 CV 5185
 5                                   )
        v.                           )   Chicago, Illinois
 6                                   )   September 30, 2022
     VINCENT PRIEUR,                 )   9:30 a.m.
 7                                   )
                 Defendant.          )
 8
          TRANSCRIPT OF PROCEEDINGS - TELEPHONIC STATUS HEARING
 9              BEFORE THE HONORABLE JOHN F. KNESS

10   APPEARED TELEPHONICALLY:

11   For the Plaintiff:        BARTLIT BECK LLP
                               BY:  MR. ADAM L. HOEFLICH
12                             54 West Hubbard Street
                               Chicago, Illinois  60654
13                             (312) 494-4400

14                             SIDLEY AUSTIN LLP
                               BY:  MR. CHRISTOPHER Y. LEE
15                             One South Dearborn Street
                               Chicago, Illinois  60603
16                             (312) 853-6095

17   For the Defendant:        NEAL, GERBER & EISENBERG
                               BY:  MR. WILLIAM J. TARNOW
18                             Two North LaSalle Street
                               Suite 1700
19                             Chicago, Illinois  60602
                               (312) 269-8000
20

21

22

23

24

25
                 Nancy C. LaBella, CSR, RDR, CRR
                       Official Court Reporter
              219 South Dearborn Street, Room 1728
                    Chicago, Illinois  60604
                          (312) 435-6890
                     NLaBella.ilnd@gmail.com
```

1    But we've got a very accelerated time frame we have
2    to deal with here if the parties wish to seek -- or if the
3    plaintiff wishes to seek a preliminary injunction.
4        I don't know, Mr. Hoeflich, if you're going to ask
5    for expedited discovery. Is that something you anticipate
6    needing?
7        MR. HOEFLICH: Yes, your Honor. We need to determine
8    whether we're going to do that in arbitration or before this
9    Court, and we will do that quickly.
10       THE COURT: Okay. Thank you.
11       MR. HOEFLICH: We will also need that discovery to
12   determine whether Mr. Prieur is owed payments or whether he's
13   obtaining money from Portofino, but we'll handle that the same
14   way. We understand your ruling.
15       THE COURT: Okay. Thank you. I look forward to --
16       MR. HOEFLICH: Thank you.
17       THE COURT: Mr. Hoeflich, how long will it take for
18   you to provide me with a revised proposed order?
19       MR. HOEFLICH: We will do that today, your Honor.
20       THE COURT: Very well.
21       Anything further, Mr. Hoeflich?
22       MR. HOEFLICH: No, your Honor. Thank you.
23       THE COURT: How long will it take for the plaintiff
24   to post the bond that I've ordered?
25       MR. HOEFLICH: I assume we'll be able to do that very