**EXHIBIT E**

**From:** Tarnow, William J.
**Sent:** Tuesday, October 11, 2022 8:18 AM
**To:** Lee, Christopher <chris.lee@sidley.com>
**Cc:** Adam Hoeflich <adam.hoeflich@bartlitbeck.com>; john.dickman@ogletree.com
**Subject:** RE: Citadel Securities Americas Services LLC v. Vincent Prieur

Gentlemen:

I have coordinated on my end and in response to your most recent inquiry (below) can confirm:

- Mr. Prieur agrees to be included within the 10/13 mediation in London;
- The Mischon law firm will represent Mr. Prieur for the London mediation; and
- Mr. Prieur agrees that the London mediation shall be in lieu of any mediation otherwise required under the Citadel documents (provided, of course, that Citadel and the parties actually proceed with an actual/substantive mediation on 10/13)

Again, I must address the fact that I have received no response whatsoever from your respective offices for Citadel on any of the following points (on which I have inquired repeatedly, including as noted below):

1. Citadel's intention with respect to entry of a Protective Order (and the tendering of a draft Order);
2. Citadel's filings / proceedings next, in Federal Court or within arbitration;
3. Citadel's (overdue) responses to expedited discovery served upon you in September.

Please advise on each of these items today.

Regards,

Bill

**William J. Tarnow**
Partner
Neal, Gerber & Eisenberg LLP
**p:** 312.269.8489 | **f:** 312.429.3573 | **e:** wtarnow@nge.com


NEAL
GERBER
EISENBERG

Confidentiality Notice: This communication is confidential and may contain privileged information. If you have received it in error, please notify the sender by reply e-mail and immediately delete it and any attachments without copying or further transmitting the same.

1

**From:** Tarnow, William J.
**Sent:** Monday, October 10, 2022 5:22 PM
**To:** Lee, Christopher <chris.lee@sidley.com>
**Cc:** Adam Hoeflich <adam.hoeflich@bartlitbeck.com>; john.dickman@ogletree.com
**Subject:** RE: Citadel Securities Americas Services LLC v. Vincent Prieur

Chris:

I have reached out for confirmation on your email below and will revert as soon as I have response. In the interim, please advise regarding whether Citadel will be proceeding with litigation in the Northern District of Illinois or in arbitration before the AAA (*i.e.* in the event that the 10/13 mediation did not resolve matters globally / as to Mr. Prieur).

Finally, I also take this opportunity to note that: (1) I have not received a response to my September 30th email requesting Citadel's position regarding entry of a Protective Order (and seeking a draft of that Protective Order from Citadel); and (2) on September 30th we served Interrogatories and Requests for Production of Documents, to be answered on an expedited basis (which stated deadline now has passed). Please advise on the status of both the Protective Order and Citadel's discovery responses.

Regards,

Bill


**William J. Tarnow**
Partner
Neal, Gerber & Eisenberg LLP
**p:** 312.269.8489 | **f:** 312.429.3573 | **e:** wtarnow@nge.com


NEAL
GERBER
EISENBERG

Confidentiality Notice: This communication is confidential and may contain privileged information. If you have received it in error, please notify the sender by reply e-mail and immediately delete it and any attachments without copying or further transmitting the same.

**From:** Lee, Christopher <chris.lee@sidley.com>
**Sent:** Monday, October 10, 2022 10:41 AM
**To:** Tarnow, William J. <WTarnow@nge.com>
**Cc:** Adam Hoeflich <adam.hoeflich@bartlitbeck.com>; john.dickman@ogletree.com
**Subject:** RE: Citadel Securities Americas Services LLC v. Vincent Prieur

Bill,

We understand that on Thursday, 10/13, counsel for Leonard Lancia, Alexander Casimo, and Taym Moustapha (Mischon de Reya LLP) is going to mediate on a without prejudice basis with counsel for Citadel Securities (Lewis Silkin LLP) at Mishcon's London office. We further understand that the parties believe that Citadel Securities' dispute with your client, Mr. Prieur, can be addressed in that mediation.

Can you please confirm:
- That Mr. Prieur agrees to participate in the 10/13 mediation in London;
- Who will be participating in that mediation on Mr. Prieur's behalf; and
- That the 10/13 mediation in London will satisfy the mediation requirement of the Mediation/Arbitration agreement between Citadel Securities and Mr. Prieur?

2

Regards,
Chris


**CHRISTOPHER Y. LEE**

**SIDLEY AUSTIN LLP**
+1 312 853 6095
chris.lee@sidley.com